**No. 46670.**—Protests 985563–G, etc., of Balfour Guthrie & Co., Ltd. (New York).

334

Opinion by KEEFE, J. From a consideration of the evidence produced at the trial it was established that the merchandise in question is in fact palm oil, having the same uses and commercially interchangeable therewith. On the authority of *Balfour Guthrie* v. *United States* (5 Cust. Ct. 180, C. D. 397) it was held entitled to free entry under paragraph 1732 and was further held not subject to tax under the Revenue Act of 1936.